KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.   #6013
Timothy W. Roehrs    #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
troehrs@kzalaw.com

Attorneys for Defendant Bellagio, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDY CHINCHILLA, as an Individual, ) | Case No: 2:13-cv-01000-GMN-NJK |
| ) | |
| Plaintiff/Petitioner, ) | |
| ) | **JOINT STATUS REPORT** |
| vs. ) | |
| ) | |
| BELLAGIO, LLC, as the Employer, ) | |
| ) | |
| Defendant/Respondent. ) | |
| _____ ) | |

   Pursuant to the Court's June 6, 2013 Order (Docket # 3), Defendant and Plaintiff, by and through their respective counsel of record, submit the following Joint Status Report:

1. <u>Status of this action including list of any pending motions and/or other matters which require the attention of the Court</u>: Plaintiff's Complaint was removed to this Court on June 5, 2013. On June 11, 2013, Defendant filed a Motion to Dismiss Plaintiff's Complaint. Plaintiff opposed Defendant's Motion to Dismiss on June 21, 2013 and that matter was fully briefed by virtue of the filing of Defendant's Reply in Support of its Motion to Dismiss on July 1, 2013.

2. <u>Action to be taken by the Court</u>: No action at this time, aside from its disposition of the Motion to Dismiss discussed above.

/ / /

/ / /

/ / /

KAMER ZUCKER ABBOTT  *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 1 of 3

3. <u>Copies of any pending motions, responses and replies thereto, and any prior court orders or other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court.</u>  None.

DATED:  July 9, 2013

KANG & ASSOCIATES, PLLC

By: ___/s/ Patrick W. Kang_____
    Patrick W. Kang    #010381
    Erica D. Loyd    #010922
    3571 Red Rock Street, Suite A
    Las Vegas, Nevada 89103
    Tel: (702) 333-4223
    Fax: (702) 507-1468

Attorneys for Plaintiff

DATED:  July 9, 2013

KAMER ZUCKER ABBOTT

By: ___/s/ Timothy W. Roehrs_____
    Edwin A. Keller, Jr.    #6013
    Timothy W. Roehrs    #9668
    3000 West Charleston Boulevard, Suite 3
    Las Vegas, Nevada 89102-1990
    Tel:  (702) 259-8640
    Fax:  (702) 259-8646

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2013, the undersigned employee of Kamer Zucker Abbott served a copy of **JOINT STATUS REPORT** through the Electronic Case Filing system of the United States District Court, District of Nevada to:

Patrick W. Kang, Esq.
Erica D. Loyd, Esq.
Kang & Associates, PLLC
3571 Red Rock Street, Suite A
Las Vegas, Nevada 89103

By:  /s/ Timothy W. Roehrs
An employee of Kamer Zucker Abbott