1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDY CHINCHILLA, )
                                      )
            Plaintiff(s), )    Case No. 2:13-cv-1000-GMN-NJK
                                      )
vs. )    ORDER RE: DISCOVERY PLAN
                                      )
BELLAGIO, LLC, )
                                      )
            Defendant(s). )

      Defendant filed a motion to dismiss on June 11, 2013. Docket No. 9. The Rule 26(f) conference was required to be held within 30 days thereafter. *See* Local Rule 26-1(d) ("Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers *or otherwise appears*" (emphasis added)). The stipulated discovery plan was due 14 days after the Rule 26(f) conference. *See* Local Rule 26-1(d) ("Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order"). Accordingly, the stipulated discovery plan was due no later than July 26, 2013.[1] To date, no such plan has been filed.

---

[1] The filing of a motion to dismiss does not automatically stay the parties' discovery obligations. *See, e.g.*, *Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife*, 288 F.R.D. 500, 502 (D. Nev. 2013). In the event a stay of discovery is desired, the proper course is to file a request for such a stay discussing the applicable standards.

In light of the nature of the case, it is not clear to the Court whether the parties intend to conduct any discovery. As such, no later than September 5, 2013, the parties are hereby ORDERED to file either (1) a joint statement that no discovery will be conducted in this case or (2) a joint proposed discovery plan.

IT IS SO ORDERED.

DATED: August 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

2