KAMER ZUCKER ABBOTT
Edwin A. Keller, Jr.   #6013
Timothy W. Roehrs    #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
ekeller@kzalaw.com
troehrs@kzalaw.com

Attorneys for Defendant Bellagio, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDDY CHINCHILLA, as an Individual,<br><br>            Plaintiff/Petitioner,<br><br>vs.<br><br>BELLAGIO, LLC, as the Employer,<br><br>            Defendant/Respondent.<br>_____ | Case No: 2:13-cv-01000-GMN-NJK<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

COME NOW Plaintiff, Eddy Chinchilla ("Plaintiff"), and Defendant Bellagio, LLC ("Defendant" or "Bellagio"), by and through their respective counsel of record, and request that the Court grant a short two (2) business day extension of the time for the parties to submit their Stipulated Discovery Plan and Scheduling Order, from September 5, 2013 to September 9, 2013. This is the first request for any such extension.

In support of this Stipulation and Request, the parties state as follows:

1. The parties conducted their Fed. R. Civ. P. 26(f) conference today, September 5, 2013, and exchanged two drafts of the Stipulated Discovery Plan and Scheduling Order.

2. The parties are assessing seeking a stay of discovery pending the Court's resolution of Defendant's Motion to Dismiss (Docket #4) and the applicable standards for the same. See Ministerio Roca Solida v. U.S. Dep't of Fish & Wildlife, 288 F.R.D. 500, 502-04 (D. Nev. 2013).

3. Plaintiff's counsel had a family/childcare issue precluding continued discussions this afternoon and evening concerning the Stipulated Discovery Plan and Scheduling Order and both parties seek two (2) more business days to consider the attendant issues.

4. This stipulation and request for a two (2) business day extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to orderly complete necessary tasks associated with this case.

WHEREFORE, the parties respectfully request that this Court extend the date for the parties to submit their Stipulated Discovery Plan and Scheduling Order, from September 5, 2013 to September 9, 2013.

DATED: September 5, 2013

KANG & ASSOCIATES, PLLC

By: __/s/ Patrick W. Kang__
    Patrick W. Kang   #010381
    Erica D. Loyd     #010922
    3571 Red Rock Street, Suite A
    Las Vegas, Nevada 89103
    Tel: (702) 333-4223
    Fax: (702) 507-1468

Attorneys for Plaintiff

DATED: September 5, 2013

KAMER ZUCKER ABBOTT

By: ___/s/ Edwin A. Keller, Jr.___
    Edwin A. Keller, Jr.   #6013
    Timothy W. Roehrs   #9668
    3000 West Charleston Boulevard, Suite 3
    Las Vegas, Nevada 89102-1990
    Tel: (702) 259-8640
    Fax: (702) 259-8646

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATE: September 6, 2013

_____
United States Magistrate Judge