**NOTC**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC.**
3571 Red Rock St., Ste. A
Las Vegas, NV 89103
Phone: 702.333.4223
Fax: 702.507.1468

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDY CHINCHILLA, an Individual, ) | Case No.: 2:13-cv-01000-GMN-NJK |
| ) | |
| Plaintiff/Petitioner, ) | |
| vs. ) | |
| ) | |
| BELLAGIO, LLC, as the Employer, ) | |
| ) | |
| Defendants/Respondent. ) | |
| _____) | |

**NOTICE OF FIRM ADDRESS CHANGE**

PLEASE TAKE NOTICE that effective October 7, 2013 the Law Offices of KANG & ASSOCIATES, PLLC. will be located at 6480 West Spring Mountain Road, Suite 1, Las Vegas, Nevada 89146. The telephone number and facsimile number remain the same.

…
…
…
…
…

Dated this 30 of September, 2013.

                **KANG & ASSOCIATES, PLLC**

                */s/ Patrick W. Kang*

                _____

                **PATRICK W. KANG, ESQ.**
                Nevada Bar No.: 010381
                **ERICA D. LOYD, ESQ.**
                Nevada Bar No.: 010922
                KANG & ASSOCIATES, PLLC.
                3571 Red Rock St., Ste. A
                Las Vegas, NV 89103
                Phone: 702.333.4223
                Fax: 702.507.1468
                Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this September 30, 2013, service of the foregoing NOTICE OF FIRM ADDRESS CHANGE was made by depositing a copy of the same, in the United States Mail, in Las Vegas, Nevada, first class postage prepaid addressed as follows:

TO:   Edwin A. Keller, Jr.
Kamer Zucker Abbot, Attorneys at Law
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada  89102
T: 702.259.8640
F: 702.259.8646

*/s/ Su Branchini*

_____

An Employee of KANG & ASSOCIATES, PLLC.