**SAO**
**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 013264
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: 702.333.4223
F: 702.507.1468

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDDY CHINCHILLA, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC., et al as the employer; and CULINARY WORKERS UNION, LOCAL 226,<br><br>Defendants. | Case No.: 2:13-cv-01000-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**
**(SECOND REQUEST)**

Plaintiff, EDDY CHINCHILLA, by and through his counsel of record, KANG & ASSOCIATES, and Defendant Bellagio, LLC., through its counsel of record, KAMER ZUCKER ABBOTT, and Co-Defendant Culinary Workers' Union through its counsel of record MCCRAKEN, STEMERMAN & HOLSBERRY hereby stipulate and agree as follows:

…

…

…

…

*Chinchilla SAO*  1 | P a g e

Defendant's Culinary Workers' Union, Local 226, and Bellagio LLC., filed separate Motions to Dismiss on March 5, 2014 and March 6, 2014, respectively. Motions were served to Plaintiff's counsel on those dates.

IT IS HEREBY STIPULATED that Plaintiff is granted an extension of two additional weeks in which to file responses to each Defendant's Motion to Dismiss up to and including the date of Friday April 11, 2014.

SO STIPULATED.

DATED this __28__ day of March, 2014.    DATED this __28__ day of March, 2014.

KANG & ASSOCIATES, PLLC               KAMER ZUCKER ABBOTT


____/s/ Kyle R. Tatum___               /s/ Edwin A. Keller_____
KYLE R. TATUM, ESQ.                    EDWIN A. KELLER, JR., ESQ.
Nevada Bar No.: 13264                  Nevada Bar No.: 6013
6480 W. Spring Mtn. Rd., Suite 1       3000 W. Charleston Blvd., Ste. 3
Las Vegas, Nevada  89146               Las Vegas, Nevada  89102

*Attorneys for Plaintiff*              *Attorneys for Defendant Bellagio, LLC.*


DATED this _28___ day of March, 2014.

McCRACKEN, STEMERMAN & HOLSBERRY


/s/ Kristin L. Martin_____
KRISTIN L. MARTIN, ESQ.
Nevada Bar No.: 7807
1630 Commerce St., Ste. A-1
Las Vegas, Nevada  89102

*Attorneys for Defendant Culinary Workers Union, Local 226*

**ORDER**

Pursuant to the stipulation, the foregoing is approved and **IT IS SO ORDERED**.

DATED this ___ day of March, 2014.

By: _____
    UNITED STATES DISTRICT JUDGE

Respectfully Submitted by,

**KANG & ASSOCIATES, PLLC.**

/s/ Kyle R. Tatum
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 013264
6480 W. Spring Mtn. Rd., Ste. 1
Las Vegas, NV 89146
702.333.4223
*Attorneys for Plaintiff*